UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
TERRY LOUIS JOHNSON                          CASE NO. 20-10751
1123 HAMLET ROAD                             JUDGE BENJAMIN A. KAHN
REIDSVILLE, NC  27320

    DEBTOR

SSN(1) XXX-XX-5447                           DATE:  04/22/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DEPT OF EDUCATION/NAVIENT<br>P O BOX 9635<br>WILKES BARRE, PA  18773 | $0.00<br>INT:  .00%<br>NAME ID: 151288<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5447<br>COMMENT: |
| MOHELA STUDENT LOANS<br>633 SPIRIT DR<br>CHESTERFIELD, MO  63005 | $0.00<br>INT:  .00%<br>NAME ID: 183352<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5447<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $684.72<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 7659<br>COMMENT: BELK |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT:  .00%<br>NAME ID: 174473<br>CLAIM #:  0011 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT:  .00%<br>NAME ID: 877<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $1,463.36<br>INT: 5.25%<br>NAME ID: 53815<br>CLAIM #:  0007 | (V) VEHICLE-SECURED<br><br>ACCT: 6901<br>COMMENT: 15FORD |

PAGE 2 - CHAPTER 13 CASE NO. 20-10751

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| U S BANK NATIONAL ASSOCIATION<br>% NEWREZ LLC DBA SHELLPOINT MTG SVC<br>P O BOX 10826<br>GREENVILLE, SC  29603-0675 | MONTHLY PMT  $739.77<br>INT:  .00%<br>NAME ID:  177927<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT: 4587<br>COMMENT:  DT RERP,CTD EFF W-FEB21 COD |
| U S BANK NATIONAL ASSOCIATION<br>% NEWREZ LLC DBA SHELLPOINT MTG SVC<br>P O BOX 10826<br>GREENVILLE, SC  29603-0675 | $2,959.08<br>INT:  .00%<br>NAME ID:  177927<br>CLAIM #:  0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 4587<br>COMMENT:  ARR OCT20 THRU JAN21, COD |
| U S BANK NATIONAL ASSOCIATION<br>% NEWREZ LLC DBA SHELLPOINT MTG SVC<br>P O BOX 10826<br>GREENVILLE, SC  29603-0675 | $19,073.23<br>INT:  .00%<br>NAME ID:  177927<br>CLAIM #:  0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 4587<br>COMMENT:  ARR THRU SEPT20, COD |
| U S BANK NATIONAL ASSOCIATION<br>% NEWREZ LLC DBA SHELLPOINT MTG SVC<br>P O BOX 10826<br>GREENVILLE, SC  29603-0675 | $350.00<br>INT:  .00%<br>NAME ID:  177927<br>CLAIM #:  0012 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 4587<br>COMMENT:  POST PET FEES |
| **TOTAL:** | **$25,322.16** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $3,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/22/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice